# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOVEREIGN BANK,<br>             Plaintiff, | : | |
| v. | : | C.A. No. 08-095-JJF |
| TERWIN HOLDINGS LLC and<br>TERWIN EMPLOYEES LLC, | : | |
|              Defendants. | : | |

## **STIPULATION AND ORDER**

It is hereby stipulated by and among Plaintiff Sovereign Bank and Defendants Terwin Holdings LLC and Terwin Employees LLC, subject to the Court's approval, as follows:

1. Defendants shall file their responses to Plaintiff's forthcoming Motion for Summary Judgment on or before twenty (20) days from the date of service.

2. Defendants shall not be required to respond to Plaintiff's Complaint until twenty (20) days after the Court has ruled on Plaintiff's forthcoming Motion for Summary Judgment.

3. Defendants shall not use the fact that they have not responded to the Complaint in any way to support their opposition to Plaintiff's Motion for Summary Judgment.

| | |
|---|---|
| Dated: February 26, 2008 | Dated: February 25, 2008 |
| /s/ Joseph H. Huston, Jr. | /s/ David A. Felice |
| Joseph H. Huston, Jr. (No. 4035) | Joseph J. Bellew (No. 4816) |
| jhh@stevenslee.com | jbellew@cozen.com |
| Joseph Grey (No. 2358) | David A. Felice (No. 4090) |
| jg@stevenslee.com | dfelice@cozen.com |
| STEVENS & LEE | COZEN O'CONNOR |
| 1105 N. Market Street, Suite 700 | 1201 North Market Street, Suite 1400 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 425-3310 (ph) | (302) 295-2000 (ph) |
| (610) 371-7972 (fax) | (302) 295-2013 (fax) |
| Counsel for Plaintiff Sovereign Bank | Counsel for Defendants Terwin Holdings LLC and Terwin Employees LLC |

IT IS HEREBY ORDERED this _____ day of _____, 2008.

_____
United States District Judge