IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOVEREIGN BANK | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-00095-JJF |
| | : | |
| TERWIN HOLDINGS LLC and | : | |
| TERWIN EMPLOYEES LLC, | : | |
| | : | |
| Defendants. | : | |

### MOTION OF ALL PARTIES TO TRANSFER VENUE

Defendants Terwin Holdings, LLC and Terwin Employees LLC ("Defendants") and Plaintiff Sovereign Bank (collectively, the "Parties"), by and through their undersigned counsel, hereby respectfully move the Court to transfer this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, the Parties aver as follows:

1.  Defendants consent to the jurisdiction of the United States District Court for the Eastern District of Pennsylvania for this action.

2.  A related matter is currently pending in the United States District Court for the Eastern District of Pennsylvania, captioned as *Sovereign Bank v. Terwin Advisors LLC*, U.S.D.C. E.D. Pa. Civil Action No. 08-402 (LS).

3.  Pursuant to 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interest of justice, the Parties respectfully request that the Court order that this action be transferred to the United States District Court for the Eastern District of Pennsylvania and marked related to *Sovereign Bank v. Terwin Advisors LLC*, U.S.D.C. E.D. Pa. Civil Action No. 08-402 (LS).

Dated: February 27, 2008

_____
James H. Huston, Jr., Esquire (#4085)
Joseph Grey, Esquire (#2358)
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE 19801
Telephone: 302-425-3310
Facsimile: 610-371-7972

Of Counsel:

Charles J. Bloom, Esquire
Neil C. Schur, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: 215-751-1944
Facsimile: 610-371-7956

*Counsel for Plaintiff Sovereign Bank*

Dated: February 28, 2008

_____
Joseph J. Bellew, Esquire (#4816)
David A. Felice, Esquire (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: 302-295-2000
Facsimile: 302-295-2013

Of Counsel:

William J. Taylor, Esquire
John C. Barnoski, Esquire
Stuart A. Weiss, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: 215-665-2000
Facsimile: 215-665-2013

*Counsel for Defendants Terwin Holdings LLC and Terwin Employees LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOVEREIGN BANK | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 08-00095-JJF |
| TERWIN HOLDINGS LLC and TERWIN EMPLOYEES LLC, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of the Motion of All Parties to Transfer Venue, it is hereby ORDERED that said Motion is GRANTED.

Pursuant to 28 U.S.C. § 1404(a), this action is transferred to the United States District Court for the Eastern District of Pennsylvania and marked related to *Sovereign Bank v. Terwin Advisors LLC*, U.S.D.C. E.D. Pa. Civil Action No. 08-402 (LS).

BY THE COURT,

_____
Honorable Joseph J. Farnan, Jr.

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on February 28, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Joseph H. Huston, Jr.
>Stevens & Lee
>1105 North Market Street, 7th Floor
>Wilmington, DE 19801

>*/s/ David A. Felice*
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013
>E-mail: dfelice@cozen.com