IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SOVEREIGN BANK

    Plaintiff,

v.

                                      C.A. No. 08-00095-JJF

TERWIN HOLDINGS LLC and
TERWIN EMPLOYEES LLC,

    Defendants.

## ORDER

AND NOW, this 5 day of March, 2008, upon consideration of the Motion of All Parties to Transfer Venue, it is hereby ORDERED that said Motion is GRANTED.

Pursuant to 28 U.S.C. § 1404(a), this action is transferred to the United States District Court for the Eastern District of Pennsylvania and marked related to *Sovereign Bank v. Terwin Advisors LLC*, U.S.D.C. E.D. Pa. Civil Action No. 08-402 (LS).

BY THE COURT,

_____
Honorable Joseph J. Farnan, Jr.

SL1 798464v2/008370.01177