OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 12, 2008

U.S. District Court for the Eastern
District of Pennsylvaina
Attn: Nicole D'Andrea
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

    RE:    Sovereign Bank v. Terwin Holding LLC, et al.
             C.A. No. 08-95-JJF

Dear Ms. D'Andrea

    Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

    ( X )    Certified copy of the docket sheet;
    ( X )    Certified copy of the Order of Transfer;
    (   )    Original case file documents (if applicable);

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _____
       Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____.

_____
**Signature**